THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **EDUARDO PABON-MANDRELL,**<br><br>Petitioner<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Respondent | **Civ. No. 23-1050 (ADC)**<br>[Related Case No. 07-121-5 (ADC)] |

## OPINION AND ORDER

Before the Court is U.S. Magistrate Judge Héctor L. Ramos-Vega's ("Magistrate Judge") Report and Recommendation ("R&R") recommending that the Court deny petitioner Eduardo Pabón-Mandrell's 28 U.S.C. § 2255 successive petition. **ECF No. 4**. The Magistrate Judge indicated that pursuant to Fed. R. Civ. P. 72(b)(2) and L. Civ. R. 72, petitioner had fourteen days to file any objections to the R&R, which were due on or before December 26, 2023. **ECF No. 4**.

The record reflects that, as of this date, petitioner has not filed any objections to the R&R. As such, the Report and Recommendation is deemed as unopposed and submitted to the Court for final determination. *See* Fed. R. Civ. P. 72.

After carefully reviewing the Magistrate Judge's R&R, the filings and the record, the Court hereby adopts the R&R, and as such hereby **DENIES** petitioner's § 2255 petition at **ECF No. 1**.

Pursuant to Rule 11(a) of the Rules Governing § 2255 Proceedings, a "district court must issue or deny a certificate of appealability ("COA") when it enters a final order adverse to the applicant." Rules Governing § 2255 Proceedings, Rule 11, 28 U.S.C. § 2255. To merit a COA, an applicant must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "When the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a [certificate of appealability] should issue when the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Applying the standard here, jurists of reason would not find it debatable whether petitioner's claims should be denied. Accordingly, the COA is **DENIED**.

The case is thus **DISMISSED**. The Clerk of the Court shall enter judgment accordingly.

**SO ORDERED**.

At San Juan, Puerto Rico, on this 29th day of January 2024.

                                          **S/AIDA M. DELGADO-COLÓN**
                                          **United States District Judge**